McGREGOR W. SCOTT
United States Attorney
QUINN HOCHHALTER
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

**FILED**

MAR 0 1 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:18 - CR - 0043 GEB |
|---|---|
| Plaintiff, | 18 U.S.C. § 922(a)(1)(A) – Unlawful Dealing and Manufacturing in Firearms; 26 U.S.C. § 5861(d) – Unlawful Possession of an Unregistered Firearm (8 counts); 18 U.S.C. § 924(d)(1), 26 U.S.C. § 5872, 28 U.S.C. § 2461(c), and 49 U.S.C. § 80303 – Criminal Forfeiture |
| v. | |
| MICHAEL PAUL GRISHAM SMITH, | |
| Defendant. | |

I N D I C T M E N T

COUNT ONE: [18 U.S.C. § 922(a)(1)(A) – Unlawful Dealing and Manufacturing in Firearms]

The Grand Jury charges: T H A T

MICHAEL PAUL GRISHAM SMITH,

defendant herein, between on or about October 5, 2017, and continuing until on or about February 15, 2018, in Placer and Nevada Counties, State and Eastern District of California and elsewhere, not being licensed to manufacture and deal firearms as described in Title 18, United States Code, Section 923, did willfully engage in the business of manufacturing and dealing in firearms, all in violation of Title 18, United States Code, Section 922(a)(1)(A).

///

///

///

1  COUNTS TWO through NINE: [26 U.S.C. § 5861(d) – Unlawful Possession of an Unregistered
2                                            Firearm]

3      The Grand Jury further charges: T H A T

4                          MICHAEL PAUL GRISHAM SMITH,

5  defendant herein, on or about the dates listed below, in Placer County, State and Eastern District of

6  California, did knowingly possess a firearm not registered to him in the National Firearms Registration

7  and Transfer Record, as identified more fully below:

| Count | Date | Make | Model | Serial Number | Item # |
|-------|------|------|-------|---------------|--------|
| 2 | 12/1/2017 | Stag Arms | STAG-15 short barrel rifle | Obliterated | OTTP-05 |
| 3 | 12/1/2017 | Unknown | AR-15 Type short barrel rifle | None | OTTP-06 |
| 4 | 12/1/2017 | Unknown | AR-15 Type short barrel rifle | None | OTTP-07 |
| 5 | 12/1/2017 | Unknown | AR-15 Type short barrel rifle | None | OTTP-08 |
| 6 | 1/4/2018 | Unknown | AR-15 Type short barrel rifle | None | OTTP-09 |
| 7 | 1/4/2018 | Unknown | AR-15 Type short barrel rifle | None | OTTP-10 |
| 8 | 1/4/2018 | Unknown | AR-15 Type short barrel rifle | None | OTTP-11 |
| 9 | 1/4/2018 | Unknown | AR-15 Type short barrel rifle | None | OTTP-12 |

28  all in violation of Title 26, United States Code, Section 5861(d).

INDICTMENT                                                2

1   FORFEITURE ALLEGATION: [18 U.S.C. § 924(d)(1), 26 U.S.C. § 5872, 28 U.S.C. § 2461(c), and 49
2                             U.S.C. § 80303 – Criminal Forfeiture]

3       1.     Upon conviction of the offense alleged in Count One of this Indictment, defendant

4   MICHAEL PAUL GRISHAM SMITH shall forfeit to the United States pursuant to Title 18, United

5   States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any firearms and

6   ammunition involved in or used in the knowing or willful commission of the offense.

7       2.     Upon conviction of the offenses alleged in Counts Two through Nine of this Indictment,

8   defendant MICHAEL PAUL GRISHAM SMITH shall forfeit to the United States pursuant to Title 26,

9   United States Code, Section 5872; Title 28, United States Code, Section 2461(c); and Title 49, United

10   States Code, Section 80303, any firearm involved in the commission of the offenses; any property used,

11   or intended to be used in the commission of the offenses; and any aircraft, vehicle, or vessel involved in

12   the commission of the offenses.

13       3.     If any property subject to forfeiture, as a result of the offenses alleged in Counts One

14   through Nine of this Indictment, for which defendant is convicted:

15           a.     cannot be located upon the exercise of due diligence;

16           b.     has been transferred or sold to, or deposited with, a third party;

17           c.     has been placed beyond the jurisdiction of the Court;

18           d.     has been substantially diminished in value; or

19           e.     has been commingled with other property which cannot be divided without

20                 difficulty;

21   it is the intent of the United States, pursuant to Title 28, United States Code, Section 2461(c), as

22   incorporated by Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of

23   defendant, up to the value of the property subject to forfeiture.

24                                     A TRUE BILL.
                                    **/s/ Signature on file w/AUSA**

25

26                                     FOREPERSON

27   McGREGOR W. SCOTT
28   United States Attorney

No. **2:1** 8 - CR - **0 0 4 3** GEB

---

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

## THE UNITED STATES OF AMERICA
*vs.*

MICHAEL PAUL GRISHAM SMITH

---

I N D I C T M E N T

**VIOLATION(S):**  18 U.S.C. § 922(a)(1)(A) – Unlawful Dealing and Manufacturing in Firearms;
26 U.S.C. § 5861(d) – Unlawful Possession of an Unregistered Firearm (8 counts);
18 U.S.C. § 924(d)(1), 26 U.S.C. § 5872, 28 U.S.C. § 2461(c), and 49 U.S.C. § 80303 – Criminal Forfeiture

---

*A true bill,*

**/s/ Signature on file w/AUSA**

_____
*Foreman.*

*Filed in open court this* _____ *day*

*of* __MARCH__ _____, *A.D. 20* 18

_____
*Clerk.*

*Bail, $* _____

_____

GPO 863 525

## NO PROCESS NECESSARY

2:18 - CR - 0043 GEB

### United States v. Michael Smith
### Penalties for Indictment

## COUNT 1:

VIOLATION:    18 U.S.C. § 922(a)(1)(A) – Unlawful Dealing and Manufacturing in Firearms

PENALTIES:    Imprisonment of up to 5 years; or
Fine of up to $250,000; or both fine and imprisonment
Supervised release of up to 3 years

SPECIAL ASSESSMENT: $100 (mandatory on each count)

## COUNTS 2 – 9:

VIOLATION:    26 U.S.C. § 5861(d) – Unlawful Possession of an Unregistered Firearm

PENALTIES:    Imprisonment of up to 10 years; or
Fine of up to $10,000; or both fine and imprisonment
Supervised release of up to 3 years

SPECIAL ASSESSMENT: $100 (mandatory on each count)

## FORFEITURE ALLEGATION:

VIOLATION:    18 U.S.C. § 924(d)(1), 26 U.S.C. § 5872, 28 U.S.C. § 2461(c), and 49 U.S.C. § 80303 – Criminal Forfeiture

PENALTIES:    As stated in the charging document