HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN, #297100
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710

Attorney for Defendant
MICHAEL SMITH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-cr-043 GEB |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE |
| v. | |
| MICHAEL PAUL GRISHAM SMITH, | DATE: April 6, 2018<br>TIME 9:00 a.m.<br>JUDGE: Hon. Garland E. Burrell, Jr. |
| Defendant. | |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney through Quinn Hochhalter, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Noa E. Oren, attorneys for Michael Paul Grisham Smith, that the status conference scheduled for April 6, 2018 be vacated and be continued to June 22, 2018 at 9:00 a.m.

Defense counsel requires additional time to review discovery with the defendant and to pursue investigation, as well as continue negotiations toward a non-trial.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from this order's date through and including June 22, 2018, pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

| | | |
|---|---|---|
| 1 | DATED: March 21, 2018 | Respectfully submitted, |
| 2 | | |
| 3 | | HEATHER E. WILLIAMS<br>Federal Defender |
| 4 | | |
| 5 | | */s/ Noa E. Oren*<br>NOA E. OREN<br>Assistant Federal Defender |
| 6 | | Attorney for MICHAEL SMITH |
| 7 | DATED: March 21, 2018 | MCGREGOR W. SCOTT |
| 8 | | United States Attorney |
| 9 | | */s/ Quinn Hochhalter* |
| 10 | | QUINN HOCHHALTER<br>Assistant United States Attorney |
| 11 | | Attorney for Plaintiff |

# ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders a status conference on June 22, 2018, at 9:00 a.m. The Court orders the time from April 6, 2018 up to and including June 22, 2018, excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §§3161(h)(7), and Local Code T4.

Dated: March 21, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge